```
IN THE UNITED STATES DISTRICT COURT
  FOR THE DISTRICT OF SOUTH CAROLINA
```

| | | |
|---|---|---|
| Thomas Perkins, | ) | C/A No. 6:17-1303-TMC-JDA |
| and on behalf of Yoshiko Marchbanks | ) | |
| c/o Yamashiro House LLC (dissolved), | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Glenda Tucker, *Gray Court Magistrate*, | ) | |
| Andrew Turner, *Laurens County Sheriff's Office*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This is a civil action filed by a pro se litigant. By Order dated June 13, 2017, Plaintiff was given a specific time frame in which to bring this case into proper form. Plaintiff substantially has complied with the Court's Order, and this case is now substantially in proper form.

**TO THE CLERK OF COURT**:

The Clerk of Court is directed *not* to issue the summonses or forward this matter to the United States Marshal for service of process at this time.

**IT IS SO ORDERED**.

                                            s/Jacquelyn D. Austin
                                            United States Magistrate Judge

July 10, 2017
Greenville, South Carolina